# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERKLEY INSURANCE COMPANY, INC., A DELAWARE DOMICILED PROPERTY AND CASUALTY INSURANCE COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
and
STATE OF NEVADA, COMMISSIONER OF INSURANCE, IN HIS OFFICIAL CAPACITY AS STATUTORY RECEIVER FOR DELINQUENT DOMESTIC INSURER NEVADA CONTRACTORS INSURANCE COMPANY AND BUILDERS INSURANCE COMPANY AND NEVADA CONTRACTORS INSURANCE COMPANY AND BUILDERS INSURANCE COMPANY,
Real Party in Interest.

No. 73020



FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss or, alternatively, to stay the underlying litigation pending resolution of a related federal action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d

840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Selman Breitman, LLP/Seattle
Santoro Whitmire
Eighth District Court Clerk